

# COURT OF APPEALS FOR THE
# FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER

Appellate case name:    Keith Anthony Marine v. The State of Texas

Appellate case numbers:  01-13-00668-CR
                         01-13-00669-CR

Trial court case numbers: 1071617
                          1078980

Trial court:            263rd District Court of Harris County

It is ordered that the motion for rehearing is **denied**.

It is so ORDERED.

Judge's signature: ___/s/Harvey Brown
                  X Acting individually    ☐ Acting for the Court

Date:  November 19, 2013

Panel consists of Justices Jennings, Sharp, and Brown.